In the United States Court  for the Middle district of Pennsylvania

Joshua a Monighan txp                              :

Vs                                                 :        1:23-cv-1355 -SES

MARK ZUCKERBURG in his official capacity           :

FACEBOOK  Social media Website facbook.com         :        **FILED**
                                                            HARRISBURG, PA
META corporation defendant/respondent              :
            et al.                                           AUG·1 5·2023

Anti Authoritative Information Petition  $402.00        PER_____
                                                            **DEPUTY CLERK**

for redress of Grievance.  USC 1983 USC 1985, HB 604,

|                                  |     |
|----------------------------------|-----|
| Table of contents .              | i   |
| Jurisdictional Statement .       | 1   |
| Big tech censorship complaint .  | 1   |
| List of respondents .            | 1   |
| Effects of Censorship .          | 2   |
| Types of censorship. .           | 2-3 |
| Impact of censorship .           | 4   |
| Groups or pages censored .       | 4   |
| Topics that are censored.        | 5-11|
| Duration of censorship .         | 11  |
| Statement of the complaint .     | 12-13|
| Relief sought .                  | 14-15|
| Alternete relief .               | 15  |

This court has Jurisdiction over the matter as it is an on going action over the First amendment of the constitution of the United States.

Marberry V Madison. 1st crunch.  Acts agents the constitution are void.

Anti Censorship act and SB 604 PA

The Hatch act would also apply to the re election of Joseph R Biden.

Big tech Censorship  grievance  /complaint

Benign in the Year 2020 Mark Zuckerberg operated a Social media Corporation called Facebook that transitioned to Meta Corp in 2021 and it currently being operated as Facebook.com. During this time Mark Zuckerburg weaponized the social media platform as a warfare tactic to allowed and conduct the Censorship of free speech undermining the 1st amendment of the united states constitution on Joshua A Monighan and was directed to do so by executive branch of the United Staes Government as a result of foreign powers scheme "Environmental Social Governance" by World economic forum and the Chines communist party (ccp) under Agenda 21 during and following Event 201 planning.    It is believed several United States Agency Directed Meta to do so in concluding but not limited to the Federal Bureau of investigation and the Central Intelligence Agency.

List of Respondents

Mark Zuckerburg

Joseph Robin Biden

Christoper Ray of the FBi

CiA Gina Haspel/ David Cohen

Antonio Guterrs United Nations partner WEF

World Econmominc Forum Klause Schwab.

1

Effect of censorship

Stifled debate,

Stopped discourse

Limited view points

Inhibited free speech.

Types of Censorship

Account restricted  only you can see this

Removed post ,

Removed/ stole Admin for KRAKEN Group.

Fact check,

Blocked membership to Groups

Blocked new friends

Move feeds lower in results

Could not Post individual post

Account Ban  for 1week 3 weeks or 30 day ban,  ban to an extended time in the future form
        any posts.

Personal censorship Limited reels to stay less than 4.9k views.

Your post will be moved lower in the results for 90 days

Account restricted for a week to 90 days

Tagged post as Mis information

Fact checks with out links to facts.

Independent fact check

Group warnings

Restricted for 2 day,   6 days,  2 weeks back to back.

Failed post

could not post.

Removal of post

Content not available right now.

Shadow banning.

Could not user Messenger to communicate during restricted periods.

Blocked new members

Blocked new Friends.

Your Account is Restricted right now.  You'er Temporarily restricted from sharing links until

today at 6:06 AM.  July most all month.

Account restricted only you can see this

Post that go against community standards. With out an example.

Disallowance of new friends

Disallowance of reels views more then 4.9K

Disallowance of communication on Messenger

Reel interference

Removal of admin.   Kraken group.

Disallowance of post under restriction

Restricted  30 days ,  5 day  2 day 6 days,  can't post or message or comment.

Latest restriction was July 16th 2023 until current.

You results will be moved Lower in feed.

Impact of Censorship

Stifled Debate.   Public decent, and  stops discourse.

Blocked  new members to Space force,

Confessed to the anti in real time by notification to the censorship in good faith transparency.

Censored Covid facts,

Restricted the Shut down Agenda 21 Group

Employed an special algorithm to keep

Content moderation specialist, the eliminate facts or debate that went against agenda 21,

green new deal , great reset, operation warp speed.  ESG

Currently stopping information on the 2024 election.

Stop scurtin of the Agenda 2030 of the World Economic Forum

Groups or pages censored

Man Made Clement Change group

Space Force  group

Kraken group,  fb stole admin.

Shut Down Agenda 21 group

Lock Down Agenda 21 group

Agenda 47 group

Shut down agenda 2030

Young Earth group

Sovereign Stop Citizen

Personal feed

Boiling point Pod cast

Topics that are censored , not limited to

CCP

Wuhan China

Wuhan Lab Leak Theory

Gain of function

Mutant virus.

Ron Desantis

Chris Nelson

Donald J Trump

Robert F Kennedy Jr.

Removed form ADMIN

Hunter biden lap to

Jeffery Epstine

Election irregularity

Dough Mastriano

Kathy Barnette

Dominion voting systems

EES systems

Election irregularities.

Voter Fraud

Election Fraud

Mail in Ballots

Sudden Adult death syndrome

CDC changes to masking recommendations

Reference to Protective count numbers or the lack there of   .

Pandemic

Covid-19                                        5

Vaccine

Planed parent hood

SEERS 25

Boarder Wall

Boarder Security

Vaccine injury

Accent earth Gilgamesh

ESG environmental social governance

World economic forum devos

Weaponization of Social Media Lakhta

Deception warfare

Bio weapons

Technological weapon

Operation warp speed ,   under slumber

Kong Flu

China Virus

Wuhan Lab

Anthony Fauci

Burizma Tony Bobulinski

Hunter Biden Lap Top

Epstine ISLAND.   Little st Johns, Greater st Johns.

Event 201

Vaccine injuries

China spy balloon

Ray Epps

Jacob Chanisly

January 6th government  edited video                     6

January Pre  1/6th video of event planing inside the Capital.

DOMINION VOTING SYSTEMS (WITH OUT PROTECTIVE COUNTER NUMBERS)

Nancy Pelosi ties to January 6th.

Ft Myers Ian

Janett Yellen

Candice Owens

Charles Kirk

Ron Desantis

Chiris Nelson

Tucker Carlson

Vanderhaul ev

Rand Paul

South African confiscates 300.000 guns from white farmers ,  cross line the streets.

Mark Zuckerberg testimony April 2018

Finestine 200 million net worth.

Snake head warning

V8 with greta thunburg under the hood.

Sharks in south Florida

Fraud surge charge,  2020 election statistically impossible.

Mark Zuckeerburg Republican policy, the first amendment protects such as the right to bear arms.   Censored dispryopritonal.

Ex capital police sound the alarm on January 6th cover up.

Charlie kerk

Ben Shapiro

Weather tampering techniques. The NWO will starve and control the rest.

Mitch Mconel and the touch lady in mint.

Dian finestine

Russel Brand

Jordan Peterson

Marjorie Taylor Greene

Human trafficking

Peter Poliver

Ted Cruize

Biden lap top

Benny Jhonson

Matt Gates

Epstine files revealed.

Trump vision for 24 campaign

Peter Doocy

Jessie Walters

Laura Ingram Biden uranium

Keri lake

World health organization  flue case

Abnormal weather

Elon Musk

OMG Okeef Media Group  James O Keefe

Bankman FTX

Silicon Valley Bank

PFAS   Forever Chemicals

YA  the worlds tallest Living tree

SA More to come; reports collapsing on air.

Build something Cool

8

SDA 21 2018 south Africa confiscated 300,000 guns from White Farmer after Constitutional court ruled powers to relinquish weapons.  Crosses Line the Roads one for each dead farmer.

Jeffery Epstine in Lebanon.

Gutfeld

A 5 year old boy doesn't not need a sex change. He Needs a Foot Ball, a Tonka Truck, A G.I. Joe and a parent with sense.

Diane finestine

Eternal Flame Falls

Steve Clark Singer

Meanwhile… in South Florida

Ron Desantis Fox new

Anthony Fuchi

First Amendment

Right to Bar Arms

D. Molls

Digital Cold War

Rodger Stone

Def Leapard , "Photograph"

Ed ward Monighan Memorial in real time.

Taps

MAN GETS ARRESTED FOR USING AN AMPLIFIER TO PREACH. SOV STOP CITIZEN

Cop Pull guns On Man while harassing him for id cough on Camera.  SOV STOP CITIZEN

Lord protect our children as they go back to school from every predatory, disaster, demond, devil, and disease. In Jesus name Amen.

Ten Dollar Bill with the Words "IF WE CAN PUT A SERIAL NUMBER ON EVER BILL , WE CAN PUT ONE ON EVERY BALLOT" written on it.

Ukraine Business Dealing

Cocaine in the white house

Disallowance of post, a resent post to shut down agenda 21: was ice cube with

Tucker Carlson , " why did you take the vax". "It wasn't ready"

People or public figures who had a view point worth sharing that I could not. "Operation Warp

Speed"

Dan Bongino

Jordan Peterson

Joe Rogan

Megaen Kelly

Jessie Walters

Robert F Kennedy Jr.

Ron Desantis

Donald J Trump

Tucker Carlson

Rand Paul

Johanna James

Skin walker ranch

Russel Brand

Tom Fetton  Judicial watch

Maui Hawaii green lasers

Scott Perry

"Everything faded into mist the past was erased, the erasure was forgotten, the lie became the

truth" GO 1984

Debate vs cage match musk mark

Epsitne Client list

Matt Gates

Van Gogh

FL HB 1191

Climate modification

Cloud seeding,   sun Blocking.

euoparl.eu

DR Scott Jenson

John Duram

Rudy Gulliani

Mark Liven

Allen Dershowitz

Chris Nelson

                                Space Force

Space X launch schedules and live Events

Live streams of launch

Space News

Space Science

We're all curtailed.

Space force current space news was blocked as censored.

                            Durations of censorship

Disable accounts

Restricted period where can't post at all For periods of  some time 1 week, three weeks or 30

days bans were employed.

Time frame censorship of shadow banning . 2020- current

Removal for  algorithm   or special algorithms applied.

Three (3) 6 day suspensions where I could post to kraken in July .

Multiple 2 or 4 day suspension where I could not post to personal  public Groups.

Statement of complaint

Mark Zuckerburg's Social Media corporation META Formerly FaceBooK did interfere with the campaign  messages, support building and information sharing condoned or condemned by Joshua A Monighan, this premeditated Censorship eliminating debate, dissent, protest, outrange, mis conduct, prevented accountability,  Organization or efforts and  Multiple campaign messages competitive to John Fetterman were suppressed. Censorship of Kathy Barnette and censorship of Dough Mastriano facts were probative to Monighans Platform,  and Joshua A Monighan's dissenting opinions or agreements with the front line candidates on a public stage of interested people were curtailed by several methods.

1) Face BOOk  Limited or restricted new Friend contacts.

2) The censored Groups Algorithm are to be restored to (Like Unite states space force a new user account) to allow future public access to uncensored facts to allow the public to be knowledgeable of the proposed SEERES 25 phase of agenda 21 agenda 2030.

 Monighan campaign was to develop governance safety legislation I believe any Candidate would sign.  This would have gained support of the united states voter for Monighan, however in turn I have had a battle with hurtles of censorship by documentation and bona fidelis and anti authoritative Censorship by Face Book documenting  first amendment interference, interfered with personal feet on the ground effort, Perhaps when Facebook act fair with the first amendment , I will be able to on door to with technology available to me.

3) With out Facebook prohibition of free flow of and dissemination of facts and potential facts may have save Lives and reduce Medical related injuries due to lack of testing and long term effects that was to be Evaluated before administering and thus fact were censored by META/ FACEBOOK.term safety study's by uncensored concerns with the Paramedical practices.

4) Without the de censorship of Shutdown Agenda 21,  Kraken, Man Made climate Change and Space force,Young Earth, Sovereign stop citizen, Lockdown Agenda 21, Shutdown agenda 2030  people are being Keep in the dark form potential dangers,  and lives are being lost under this current censorship directives due to lack of information propagation on Facebook .

5) Censorship caused lives to be lost by preventing the knowledge of agenda 21 and were forced by censorship to follow agenda 21 resulting in many cases of sudden adult death syndrome Maximizing the "WEF guide stone"  Wuhan Lab leak theory effects as planned.

6) It is believed the current presidential administration through the CiA and FBI and other government agency's did direct regulate and curtail the censorship to be Implemented by Mark Zuckebureg's FACEBOOK, META.  For the benefit of Chines Ukraine alliance found throughout the united nations  WEF  and nato under CFR sanctions.

7) Zoetis animal MRNA Campaign is allowed to continue by the United States Justice System after a final order over this Petition Wild life and Fram animals will be modify from herbivores to Carnivores by the zoetis program,  this could have a profound effect on the food chain that may never be reversed as over 100k animals have already been given mrna modifiers.  This topic was censored on the facebook platform.

8) I ask an order be made directing Meta to enable the content to each removed post and the Library of Congress preserve the "Kraken Group" shut down agenda 21 ,  man made climate change and Young Earth as an official archive of election related real time facts for the future to review and scrutinize free of face book fact check influences.

9) the data stream of Kraken group and Shutdown agenda 21 be preserved in the Library of Congress.

10) Other like Joe Rogan and Russel brand were allow to post,  but I am not allowed to post Chris Neson question to Ron Desantis Before the Fox News releases their interview of Ron Desiantis.

Relief sought

I seek declaration and injunctive relief and Discovery disclosure 1000 times or more the actual numbers of deviations from standard algorithm actions during the response to the wuhan lab leak theory hunter Lap top and 2020 election irregularities for the entire platform be disclosed.

The unadulterated feed of KRAKEN group,  Shutdown Agenda 21 group, Young Earth group. Authoritative information group, Man Made Climate Change Group, Lock down agenda 2030, Lockdown agenda 21, Sovereign stop citizen  and all censored or anti authoritative information be restored that was tampered with and should contain a conspicuous label to exposing the censored material and submitted to the Library of Congress, and under discovery.

Future censorship of Joshua A Monighan Groups or page or feed  Josh Monighan should be Prohibited.


Declaration

FaceBook did by its own accord or by the direction on the UNITED STATED OF AMERICA direction did severely limit the propagation of Joshua A Monighan On its Social media Platform adversely effecting the state wide campaign of Joshua A Monighan,  and others such as Kathy Barnett and Doug Mastriano in the 2022 election cycle.

Hatch act applys,  the THE OFFICE OF THE PRESIDENT  failed to disclose a Billion dollars of In kind contributions to the John Fetterman Campaign in Pennsylvania    In excess of $350,000,000.00 by the Censorship stated above intervening in Joshua A Monighan FACEBOOK account.

Injunction

The full effect of the unadulterated algorithm is to be equally applied across the FACEBOOK social media platform  facebook.com to allow the standard propagation of the Josh Monighan account and all users on the social media platform FACEBOOK.

Allow the old chap to have a few friends interested in the constitution..

14

Alternate relief  SB604

Number of 953 days x $100,000.00 = $95,300,000 or more damages is reasonable .  See act anti social ccp act. Pa senate bill 604 an act providing for stoping social media censorship.  Big tech anti censor ship legislation.   This compensation must be rendered to inform the defendants of the severity of their acts and to help the defendants remember to not force automotive information on the population of the united states.

Joshua A Monighan  taxpayer

15

In the United States Court  for the Middle district of Pennsylvania

Joshua a Monighan txp                                        :

Vs                                                           :

MARK ZUCKERBURG in his official capacity                     :

FACEBOOK  Social media Website facbook.com                   :

META corporation defendant/respondent                        :
                          et al.

Affidavit

I hereby affirm I read the above facts and statements and each action against free speech and

more, much more, has occurred on the FaceBook Social Media Platform form the time of

January 2020 until present. It is believed Facbook Censored Joshua A Monighan and his

several pubic Groups more than 1000 time and continually ever day until August 11. 2023  with

verifications in the severity of Censorship.

Joshua A Monighan
204 Silver Springs Rd
Mechanicsburg, PA 17050                                  1717 319 8014

State of
County of
This record was sworn (or affirmed) before me on
August 15, 2023 Date

By _Joshua A. Monighan_ Name of individual (s)).

Signature of Notarial officer

Stamp

Title of office

My Commission Expires

Commonwealth of Pennsylvania - Notary Seal
Jennifer Robertson, Notary Public
Cumberland County
My commission expires October 6, 2024
Commission number 1235299
Member, Pennsylvania Association of Notaries

In the United States Court  for the Middle district of Pennsylvania

Joshua a Monighan txp                                    :

Vs                                                                  :

MARK ZUCKERBURG in his official capacity       :

FACEBOOK  Social media Website facbook.com  :

META corporation defendant/respondent            :
           et al.

Discovery request

I hereby request the following information form META / FACEBOOK

1) All communication or directive to censor facebook user or post received by Meta formerly

FACEBOOK / META from any agency of the united states Government.

2) I hereby request all correspondence FACEBOOK / META has had with any agency of the

UNITED STATES OF AMERICA, particularly involving Censorship or Authoritative Information.

3) I hereby request each correspondence received by FaceBook Or Meta form any agency of

International origin.

4) I hereby request each disclosure made to any agency of the Federal Government including

congress by FaceBook or Meta .  Involving  potential election interference.

5) All in kind contributions to THE UNITED STATES GOVERNMENT or any individual candidate

disclosed form 2016 to present .

6)  I hereby request any foreign content or non united states user interfering in the unites

states election through Facebook to include any advertisement campaigns purchase by any

united states based foreign national/ or spy disclosed to THE UNITED STATES OF AMERICA.

7)) Any foreign bank moneys direct to face book in support of united states interference or

censorship or Authoritative information.


Joshua A Monighan

In the United States Court  for the Middle district of Pennsylvania

Joshua a Monighan txp                                    :

Vs                                                       :

MARK ZUCKERBURG in his official capacity                 :

FACEBOOK  Social media Website facbook.com               :

META corporation defendant/respondent                    :
                        et al.

Verification  of Campaign Interference

I Joshua A Monighan hereby affirm against Penalty of Perjury, I have read the above complaint
and the facts set forth with its the  case are accurate to the best of my Knowledge
understanding and experiences.  I did attempt to Run or Unites states Senator as an
independent candidate in 2018  as part of  the Independent Pennsylvanians by a third party
nomination petition.  3500 signatures fell short or the requirements and an extension of time
due to in climate weather, denied by Tom Wolf.  Despite 160% of the highest ever recorded rain
fall has precipitated during the period. I was also a minority united states senate candidate in
the 2022 election , the interference I experienced were of Tom Wolf meddling in redistricting
and remapping, creating a 30 day extension for circulation papers d and R ,   and give a
second circulation period for resigning. This removed 30 days of campaign form the d and R
challenges .   This also cut into the nomination period for third party's in 2020.  These factor
were prohibited to be transmitted to the public as fb meta censorship blocking post prohibits
the content from being uploaded during time of hard restrictions . My face book page is the
only social media pages I use or have used.   Each time I was blocked by a form of censorship
my United states Senate campaign was stopped by Meta censorship. In other word by
campaign was managed by Meta with out my direction.  Other I spoke with were not ever able
find me  in  there face book search bar. This is discrimination by meta . Others have had there
opportunity to speak freely by I was give special treatment by Facebook/ Meta to prevent my
free speech.  The People of Pennsylvania  Could have had an intelligible senator if its was not
for Facebook Censorship,  maybe next time?

Joshua A Monighan taxpayer

In the United States Court  for the Middle district of Pennsylvania

Joshua a Monighan txp                                    :

Vs                                                       :

MARK ZUCKERBURG in his official capacity        :

FACEBOOK  Social media Website facbook.com    :

META corporation defendant/respondent           :
            et al.

Notice of  waver of Magistrate Judge

William I Arbuckle,  Karoline Mehalchick

1) The Plaintiff in the case will not accept Wiliam I Arbuckle or Karoline Mehalchick for the

Magistrate Jude in this case

As MJ has failed to issue summon is case number Civil Action No. 1:23-cv-885

For this reason we request a District Judge handle this matter.

2) The Plaintiff in this case will not accept Karoline Mehalchick has acted against Monighan

with out Merit in 2018. 1:18-cv-01654.

Quite sincerely Taxpayaer Josuáa A Monighan

In the United States Court  for the Middle district of Pennsylvania

Joshua a Monighan txp                                   :

Vs                                                      :

MARK ZUCKERBURG in his official capacity               :

FACEBOOK  Social media Website facbook.com             :

META corporation defendant/respondent                  :
                    et al.

Notice of Law Suite

You have been named in a Federal Civil Rights Law Suite, Take this Notice to an attorney of

your choice  or fill a forma Papurus for the consideration of the Court to appoint an attorney

defend yourself.

In the United States Court  for the Middle district of Pennsylvania

Joshua a Monighan txp                              :

Vs                                                :

MARK ZUCKERBURG in his official capacity           :

FACEBOOK  Social media Website facbook.com         :

META corporation defendant/respondent              :
                    et al.

Notice of summons

I ask you fill out the Waver of summons with in 60 days and Of the recipe of this notice of law suite.

Or

I will hire US Marshall to serve a summons.

Joshua monighan

In the United States Court  for the Middle district of Pennsylvania

Joshua a Monighan txp                                          :

Vs                                                                       :

MARK ZUCKERBURG in his official capacity        :

FACEBOOK  Social media Website facbook.com    :

META corporation defendant/respondent            :
                            et al.

Waver of Summons

I have been notified of this law suite and I  the undersigned  do wave the need for a summons .

name_____

Authority_____

Return to Josuua A Monighjan
204 Silver Spring Rd
Mechanicsburg PA 17050

I will file the Waver in this case,  or you attorney may make an entry of appearance any time within 60 days to save the cost of the summons.

Self addressed stamped envelope inclosed

Joshua A Monighan Taxpayer.

In the United States Court  for the Middle district of Pennsylvania

Joshua a Monighan txp                              :

Vs                                                 :

MARK ZUCKERBURG in his official capacity           :

FACEBOOK  Social media Website facbook.com         :

META corporation defendant/respondent              :
                        et al.


Certificate of Compliance


I understand confidential records are to be filled differently than public records.


This content filed is public  and not confidential.


Joshua a Monighan taxpayer

In the United States Court for the Middle district of Pennsylvania

Joshua a Monighan txp                                          :

Vs                                                            :

MARK ZUCKERBURG in his official capacity            :

FACEBOOK  Social media Website facbook.com      :

META corporation defendant/respondent               :                    1 of 2
                    et al.

Certificate of Service

I the under signed did cause the following records :

Anti Authoritative Information Petition for redress of censorship grievance .        15

Affidavit.          .          .          .          .          .          .          .          .          .          1

Discovery request.          .          .          .          .          .          .          .          .          1

Verification of Campaign interference.          .          .          .          .          .          1

Notice of  waver of Magistrate Judge William I Arbuckle, Karoline Mehalchick        1

Notice of Law Suite.  .          .          .          .          .          .          .          .          .          1

Notice of summons.  .          .          .          .          .          .          .          .          1

Waver of Summons.  .          .          .          .          .          .          .          .          1

Certificate of compliance .          .          .          .          .          .          .          .          1

To be served to the following office

United States Clerk of Courts ( personal service)

Mark Zuckerberg                                          1 650 853-1300
 META FACEBOOK Corp( us mail)
1 Hacker Way
Menlo Park CA 94025

Christopher Wray                                          1 202 324-3000
FEDERAL BEUARU OF INVESTIGATIONS
935 Pennsylvania Avenue NW
Washington DC 20535

David s Cohen
CENTRAL INTELIGNECE AGNECY                    1 202-418-5521
1155 twenty first st
Nw Washington DC 20581

Antonio Guterres                                    1 212 963-4475
UNITED NATIONS
405 W 45th st
New York , NY 10017


Klaus Schwab                                        1 212 703-2300
WORLD ECONOMIC FORUM
350 MADISON AVE, NY 10017


Joseph Robin Binden                                 1 202 456-1414
President of THE UNITED STATES OF AMERICA
1600 Pennslyvania Ave
NW Washingtion DC 20500


Via United State Postal service on the undersigned date
Joshua A Monighan
204 Silver Springs Rd
Mechanicsburg, PA 17050                   1717 319 8014


State of PENNSYLVANIA
County of CUMBERLAND
This record was sworn (or affirmed) before me on
AUGUST 15, 2023 date

By JOSHUA A MONIGHAN _____ Name of individual (s)

Signature of Notarial officer Christine M Geisel

Stamp

Commonwealth of Pennsylvania - Notary Seal
Christine M. Geisel, Notary Public
Cumberland County
My commission expires December 20, 2026
Commission number 1057184
Member, Pennsylvania Association of Notaries

Title of office

My Commission Expires 12/20/2026

2